IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| --- | --- | --- |
| v. | : | DATE FILED: _____ |
| BRANDON HAIR | : | VIOLATION: 18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count) Notice of forfeiture |
| | : | |

## INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about September 11, 2025, in Ridley Township, Delaware County, in the Eastern District of Pennsylvania, defendant

**BRANDON HAIR,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Smith & Wesson, Model SD9, 9mm semi-automatic pistol, bearing serial number EFM1102, loaded with twelve live rounds of ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

1

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

### BRANDON HAIR

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such violation, including, but not limited to:

1. a Smith & Wesson, Model SD9, 9mm semi-automatic pistol, bearing serial number EFM1102; and

2. twelve live rounds of ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL:

_____
DAVID METCALF
UNITED STATES ATTORNEY

2

No. _____

UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA
vs.
BRANDON K. HAIR

INDICTMENT

18 U.S.C. § 922(g)(1)(possession of a firearm by a felon - 1 count)
Notice of forfeiture



Filed _____

_____
Clerk

Bail, $ _____